UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-CR-109-CLC-SKL |
| vs. ) | |
| ERNEST WOODRUFF ) | |

## ORDER

While David Jay Bernstein ("Bernstein") is counsel of record for Defendant Ernest Woodruff, Bernstein is not admitted in this district. Despite the Court's efforts to obtain compliance with E.D. Tenn. L.R. 83.5(b)(1) governing pro hac vice admission, no motion has been filed to date in order for Bernstein to be admitted.[1]

It is accordingly **ORDERED** that Bernstein **SHALL** appear in person before the undersigned on **Friday, February 14, 2014 at 4:00 p.m. [EASTERN]** for a status conference concerning this matter. At the conference, Bernstein shall be prepared to address why he has not complied with E.D. Tenn. L.R. 83.5(b)(1). Counsel for the Government may appear in person or by phone. If they plan to attend by phone, they **SHALL** so notify Bernstein and the Court (lee_chambers@tned.uscourts.gov) by email. Counsel for the Government will be sent an e-mail with a call-in telephone number and access code for participation in the status conference.

In the event that an appropriately supported motion for admittance and steps have been taken by Bernstein to properly register for the Court's electronic case filing pursuant to Rule 5 of the

---

[1] Two Notices of Deficiency have been mailed by a deputy clerk to Bernstein, the most recent of which was filed January 13, 2014 [Doc. 44]. Inexplicably, no appropriately supported motion for Bernstein to be admitted in this case been submitted to date. As a result, additional expenditures of scarce resources and time by the Court are necessary to further address this matter.

Court's Electronic Case Filing Rules and Procedures are submitted prior to **February 14, 2014**, the status conference will be cancelled.

      SO ORDERED.

      ENTER:

                                            s/ *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE

2

Case 1:05-cr-00109   Document 45   Filed 01/24/14   Page 2 of 2   PageID #: 166